MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER MACDONALD, )<br>)<br>      Plaintiff, )<br>)<br>  vs. )<br>)<br>NANCY A. BERRYHILL, )<br>Acting Commissioner of Social Security, )<br>)<br>      Defendant. )<br>) | Case No. 2:18-cv-02802-DMC<br><br>STIPULATION AND ORDER FOR<br>EXTENSIONN OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from March 12, 2019 to April 11, 2019, for Defendant to answer Plaintiff's Complaint and submit the Certified Administrative Record (CAR) in this case. All other dates in the Court's Scheduling Order shall be extended accordingly.

      This is Defendant's first request for an extension of time. Defendant respectfully states that the requested extension is necessary to allow the Commissioner to prepare the CAR for submission to this Court and all parties in this action. Preparation of the CAR has taken longer

than anticipated despite the Commissioner's diligent efforts to have it ready on time.  Plaintiff does

not oppose the requested extension.

Respectfully submitted,

Dated: March 5, 2019                SACKETT AND ASSOCIATES


By:/s/ Harvey P. Sackett*
HARVEY P. SACKETT
Attorneys for Plaintiff
[*As authorized by email on Mar. 5, 2019]


Dated: March 13, 2019              MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By: /s/ Margaret Branick-Abilla
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant


## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Dated:  March 13, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE