HARVEY P. SACKETT (72488)
**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MACDONALD, | Case No. 2:18-cv-02802-DMC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until June 27, 2019 in which to e-file her Motion for Summary Judgement. Defendant shall file any opposition, including cross-motion, on or before July 26, 2019. This extension is necessitated due to Plaintiff's counsel's upcoming schedule of administrative hearings and district court briefs due (thirteen opening briefs and three reply briefs). Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

///

///

///

STIPULATION AND ORDER

1

Dated: May 24, 2019  /s/HARVEY P. SACKETT
HARVEY P. SACKETT
Attorney for Plaintiff
JENNIFER MACDONALD

Dated: May 24, 2019  /s/MARGARET BRANICK-ABILLA
MARGARET BRANICK-ABILLA
Special Assistant U.S. Attorney
Social Security Administration

IT IS ORDERED.

Dated: June 5, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER